IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT HIE, | |
| Plaintiff, | Case No.: 1:25-cv-03722 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | quanzhoushihuaicongwangluokejiyouxiangongsi |
| 14 | Respectable Goods |
| 15 | ShangGe art shop |
| 28 | RetroDesign |
| 30 | Arts and Crafts Supply |
| 31 | Supply of Painting Art Materia |
| 32 | Decorating the shop with care |
| 34 | Wanwo |
| 35 | Decoration of life art items |
| 36 | Heart Regularly |
| 37 | Transcend Victory Shop |
| 42 | Sparkling Diamond Factory |
| 58 | Hguijuju shop |
| 61 | Lin Zi Studio Art Poster |
| 65 | Cloud Studio Art Poster |
| 82 | GXY A hopeful family |
| 94 | Oil painting poster expert |
| 95 | WWM Decorative Painting Poster |
| 131 | XCK The significance of family happiness |

| | |
|---|---|
| 134 | HSH a wonderful life |
| 135 | HHS Decorative paintings and posters |
| 137 | HDY The Beautiful World |
| 147 | cotees |
| 149 | DAO DAO ONE |
| 150 | Trendy Apparel |
| 151 | TEEGRAZE |
| 152 | GLAM DISTRICT FIVE |
| 176 | iLove Canvas Art |
| 190 | Wanmeilan |

DATED:  May 6, 2025            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 6, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt